UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION,

                     Plaintiff,                    **ORDER**

           -against-                    04 CV 510 (RJD) (VVP)

MARTIN ANDREW,

                     Defendant.
-------------------------------------------------------X
DEARIE, District Judge.

      Plaintiff's motion for summary judgment was referred to Magistrate Judge Viktor V. Pohorelsky for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). On September 5, 2006, Magistrate Judge Pohorelsky issued a report, recommending that the Court grant plaintiff's motion with regard to defendant's liability under the Communications Act, 47 U.S.C. §§ 553(a)(1) and 605(a). Magistrate Judge Pohorelsky also recommended that plaintiff's request for a permanent injunction be denied.

      The Court has reviewed Magistrate Judge Pohorelsky's Report and Recommendation. No objections have been filed. The Court adopts Magistrate Judge Pohorelsky's Report and Recommendation without qualification.

SO ORDERED.

Dated: Brooklyn, New York
        September 26, 2006

                                                s/ Judge Raymond J. Dearie
                                                RAYMOND J. DEARIE
                                                United States District Judge